■    In the Matter of Louis T. Howard et al., Appellants, v John V. N. Klein, as County Executive of Suffolk County, et al., Respondents, and Ellen McCormack, as Guardian ad Litem, Intervenor-Appellant.—Judgment of the Supreme Court, Suffolk County, entered September 11, 1978, affirmed, without costs or disbursements, on the opinion of Mr. Justice Stark at Special Term. We note that the attorneys for the respective parties have stipulated to the court as constituted. Hopkins, J. P., Damiani, Titone and Mangano, JJ., concur.